IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

IN RE:     TINA WARD        CASE NO:

         Debtor(s)                CHAPTER: 13

**APPLICATION TO PAY FILING FEE IN INSTALLMENTS**

     Comes now the debtor(s), pursuant to Rule of Bankruptcy Procedure 1006(b)(2), all filing fees in all cases filed under Title 11 in the United states Bankruptcy Court for the Eastern or Western District of Arkansas, for permission to pay the filing fee to the following terms:

     The filing fee is to be paid, in accordance with General Order Number 13, in full on or before the date first set for the 341(a) meeting.

     We certify that we are unable to pay the filing fee except in installments. We further certify that we have not paid any money or transferred any property to an attorney or any other person for services in connection with this case or in connection with any other pending bankruptcy case and that we will not make any payment or transfer any property for services in connection with this case until the filing fee is paid in full. We understand that if we fail to pay any installment when due, our bankruptcy case may be dismissed and we may not receive a discharge on our debts.

Date: _____     _/S/ Tina Ward ___
                                           Applicant

                /S/ _____ _____
                                           Applicant

/S/ Danyelle J. Walker
Danyelle J. Walker
Attorney for the Debtor
323 Center Street, Suite 1020
Little Rock, AR 72201