UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In Re: TINA R. WARD　　　　　　　　　　　　　　　　　　Case No: 4:17-bk-15028 T
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

## SUMMARY NOTICE OF CLAIMS FILED

　　Pursuant to an examination of the proofs of claims filed in this case, Mark T. McCarty, Chapter 13 Standing Trustee, provides this Summary Notice of Claims Filed for claims filed on or before the date of this notice. This Notice is provided to the Debtor and the Debtor's attorney and is filed with the U.S. Bankruptcy Court.

　　In this Notice, the classification of each claim (e.g. priority, secured or unsecured) is listed. "Claim Not filed" denotes a debt disclosed in the Debtor's bankruptcy schedules for which no proof of claim has been filed. Non priority claims filed that are not listed in the Debtor's bankruptcy schedules are described as "unlisted." If a creditor files a priority claim, it is listed as priority whether or not scheduled.

　　Pursuant to 11 U.S.C. Sections 501 and 502 and Federal Rule of Bankruptcy Procedure 3007, a claim or interest for which a proof of claim is filed, is deemed allowed unless the Debtor or a party-in-interest objects to the claim and obtains an order modifying or disallowing the claim as filed. If no order is entered which modifies or disallows a claim, each of the claims noted below will be paid as filed, subject to the terms of the confirmed plan and the United States Bankruptcy Code.

　　This Notice is a summary only of the proofs of claims filed with the United States Bankruptcy Court and is not intended as legal advice on any issue regarding the claims including, without limitation: (1) the accuracy of the claim; (2) the underlying obligation; or (3) the treatment of the filed claim in the plan. Filing of this Notice is not a waiver of the Trustee's rights to seek allowance, disallowance or determination of status of any claim pursuant to the Bankruptcy Code or the Federal Rules of Bankruptcy Procedures.

Dated: 3/16/2018　　　　　　　　　　　　　　　　　　　　　　/s/　Mark T. McCarty
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| ALLIANCE COLLECTION SERVICES<br>600 W. MAIN STREET SUITE A<br>TUPELO, MS 38804 | | Notice Only (Z)<br>Account No:<br>Comment : ARK SPEC ORTHO | |
| Allied Interstate<br>435 Ford Road, Suite 800<br>Minneapolis, MN 55426 | | Notice Only (Z)<br>Account No:<br>Comment : CHASE | |
| ALLIED INTERSTATE LLC<br>P.O. BOX 4000<br>WARRENTON, VA 20188 | | Notice Only (Z)<br>Account No:<br>Comment : SYNC/WALMART | |
| ALLIED INTERSTATE, INC.<br>DATA OPERATIONS<br>P.O. BOX 2455<br>CHANDLER, AZ 85244-2455 | | Notice Only (Z)<br>Account No:<br>Comment : SYNC/JC PENNEY | |
| ALLTRAN FINANCIAL, LP<br>P.O. BOX 610<br>SAUK RAPIDS, MN 56379 | | Notice Only (Z)<br>Account No:<br>Comment : CREDIT ONE | |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK<br>BECKET AND LEE, LLP<br>P O BOX 3001<br>MALVERN, PA  19355 | $82.94 | Unsecured (H)<br>Account No:  1004<br>Comment  : | Pro-Rata |
| APPLE LAW GROUP<br>5000 BIRCH STREET, SUITE 3000<br>NEWPORT BEACH, CA  92660 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment  : | |
| ARKANSAS DEPARTMENT OF FINANCE<br>REVENUE LEGAL COUNSEL<br>P O BOX 3493<br>LITTLE ROCK, AR  72203-3493 | $592.12 | Priority Debt (C)<br>Account No:  XXXXXXXXXXX IIT<br>Comment  :  11, 14 INC TAX | 100.00 |
| ARKANSAS DEPARTMENT OF FINANCE<br>REVENUE LEGAL COUNSEL<br>P O BOX 3493<br>LITTLE ROCK, AR  72203-3493 | $56.55 | Unsecured (H)<br>Account No:  XXXXXXXXXXX IIT<br>Comment  :  PENALTY | Pro-Rata |
| ARKANSAS DEPARTMENT OF FINANCE<br>REVENUE LEGAL COUNSEL<br>P O BOX 3493<br>LITTLE ROCK, AR  72203-3493 | $856.99 | Priority Debt (C)<br>Account No:  XXXXXXXXXXX IIT<br>Comment  :  15 INC TAX | 100.00 |
| ARKANSAS DEPARTMENT OF FINANCE<br>REVENUE LEGAL COUNSEL<br>P O BOX 3493<br>LITTLE ROCK, AR  72203-3493 | $260.05 | Unsecured - Unlisted (U)<br>Account No:  XXXXXXXXXXX IIT<br>Comment  :  PENALTY | Pro-Rata |
| ARKANSAS FURNITURE<br>P.O. BOX 965036<br>ORLANDO, FL  32896-5036 | | Notice Only (Z)<br>Account No:<br>Comment  : | |
| ARKANSAS SPECIALTY ORTHOPEDIC<br>600 S. MCKINLEY<br>LITTLE ROCK, AR  72205 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment  : | |
| AT&T MOBILITY<br>P.O. BOX 10330<br>FORT WAYNE, IN  46851-0330 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment  : | |
| BANK OF AMERICA<br>P O BOX 15102<br>WILMINGTON, DE  19886-5102 | $496.28 | Unsecured (H)<br>Account No:  XXXXX2147<br>Comment  :  FIA | Pro-Rata |
| BARCLAYS BANK DELAWARE<br>P.O. BOX 8803<br>WILMINGTON, DE  19889 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment  : | |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| BECKET & LEE<br>P.O. BOX 3001<br>MALVERN, PA 19355 | | Notice Only (Z)<br>Account No:<br>Comment : AMER EXPRESS | |
| BILL ME LATER<br>P.O. BOX 2394<br>OMAHA, NE 68103-2394 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment : | |
| CAPITAL ONE<br>P.O. BOX 30281<br>SALT LAKE CITY, UT 84130-0281 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment : | |
| CAVALRY SPV I LLC AS ASSIGNEE OF<br>GE CAPITAL RETAIL<br>P O BOX 27288<br>TEMPE, AZ 85282 | $1,460.57 | Unsecured (H)<br>Account No: 7000<br>Comment : ARKANSAS FURNITURE | Pro-Rata |
| CAVALRY SPV, II<br>500 SUMMIT LAKE DRIVE<br>SUITE 400<br>VALHALLA, NY 10595 | | Notice Only (Z)<br>Account No:<br>Comment : ARK FURN | |
| CBE GROUP<br>1309 TECHNOLOGY PKWY<br>CEDAR FALLS, IA 50613 | | Notice Only (Z)<br>Account No:<br>Comment : UAMS | |
| CBSA Collections<br>P.O. Box 1929<br>Stillwater, OK 74076-1929 | | Notice Only (Z)<br>Account No:<br>Comment : UAMS | |
| CERASTES, LLC<br>C/O WEINSTEIN & RILEY, PS<br>P O BOX 3978<br>SEATTLE, WA 98124 | $597.42 | Unsecured (H)<br>Account No: 5502<br>Comment : | Pro-Rata |
| CHASE<br>P.O. BOX 15123<br>WILMINGTON, DE 19850-5123 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment : | |
| CHASE<br>P.O. BOX 15298<br>WILMINGTON, DE 19850-5298 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment : | |
| CHASE BANK<br>P.O. BOX 15298<br>WILMINGTON, DE 19850 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment : | |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| COLLECTION SERVICES, INC<br>PROSPECT BLDG. STE. 950<br>1501 N. UNIVERSITY<br>LITTLE ROCK, AR 72207 | | Notice Only (Z)<br>Account No:<br>Comment : RAD ASSOC | |
| COMPLETE CREDIT SOLUTIONS<br>C/O PERITUS PORTFOLIO<br>P O BOX 141419<br>IRVING, TX 75014-1419 | | Unsecured - Other (G)<br>Account No: 5426<br>Comment : DILLARDS - NEED DATES. W/D 3/5/18<br>Withdrawn | |
| Danyelle J. Walker<br>323 Center Street Ste 1020<br>LITTLE ROCK, AR 72201 | $2,500.00 | Attorney Fee - Initial<br>Account No:<br>Comment : | 100.00 |
| DELL FINANCIAL SERVICES<br>C/O RESURGENT CAPITAL SERVICES<br>P O BOX 10390<br>GREENVILLE, SC 29603-0390 | $2,463.55 | Unsecured (H)<br>Account No: 6506<br>Comment : | Pro-Rata |
| ECMC<br>LOCKBOX 8682<br>P O BOX 16478<br>ST PAUL, MN 55116-0478 | $24,572.12 | Unsecured - Non-Dischargeable Debt (L)<br>Account No: 8102<br>Comment : SALLIE MAE/SLGFA | Pro-Rata |
| ECMC<br>111 SOUTH WASHINGTON AVE.<br>SUITE 1400<br>MINNEAPOLIS, MN 55401 | | Notice Only (Z)<br>Account No:<br>Comment : SALLIEMAE | |
| ENCORE RECEIVABLE MANAGEMENT<br>P.O. BOX 1880<br>SOUTHGATE, MI 48195-0880 | | Notice Only (Z)<br>Account No:<br>Comment : ARK FURN | |
| LAW GROUP TERMINATION DEPT.<br>5000 BIRCH STREET, STE. 3000<br>NEWPORT BEACH, CA 92660 | | Notice Only (Z)<br>Account No:<br>Comment : APPLE LAW GRP | |
| LVNV FUNDING<br>P.O. BOX 10497<br>GREENVILLE, SC 29603-0497 | | Notice Only (Z)<br>Account No:<br>Comment : CREDIT ONE | |
| LVNV FUNDING LLC<br>C/O RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC 29603-0587 | $2,276.66 | Unsecured - Unlisted (U)<br>Account No: 4316<br>Comment : CREDIT ONE | Pro-Rata |
| MEDICAL COLLEGE PHYS GROUP<br>P.O. BOX 251508<br>LITTLE ROCK, AR 72225-1508 | $0.00 | Unsecured - Other (G)<br>Account No:<br>Comment : SEE CLAIM #32 | |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| MIDLAND CREDIT MANAGEMENT<br>2365 NORTHSIDE DRIVE<br>SUITE 300<br>SAN DIEGO, CA  92108 | | Notice Only (Z)<br>Account No:<br>Comment : CREDIT ONE | |
| MIDLAND FUNDING<br>2365 NORTHSIDE DRIVE<br>SUITE 300<br>SAN DIEGO, CA  92108 | | Notice Only (Z)<br>Account No:<br>Comment : T MOBILE | |
| MIDLAND FUNDING, LLC<br>MIDLAND CREDIT MANAGEMENT<br>P O BOX 2011<br>WARREN, MI  48090 | $790.63 | Unsecured (H)<br>Account No: 5538<br>Comment : CREDIT ONE | Pro-Rata |
| National Recovery Agency<br>2491 Paxton St.<br>Harrisburg, PA  17111 | | Notice Only (Z)<br>Account No:<br>Comment : PHILLIPS REMOTE CARDIAC | |
| NCO FINANCIAL<br>P.O. BOX 4906<br>TRENTON, NJ  08650 | | Notice Only (Z)<br>Account No:<br>Comment : UAMS | |
| NISSAN MOTOR ACCEPTANCE<br>ATTN BANKRUPTCY DEPT<br>P O BOX 660366<br>DALLAS, TX  75266-0366 | $5,800.83 | Secured - Vehicle (F)<br>Account No: 0765<br>Comment : 2012 NISSAN SENTRA<br>Monthly Payment:   $120.00 | 100.00 |
| PHILLIPS REMOTE CARDIAC SERVIC<br>7 WATERSIDE XING STE 301<br>WINDSOR, CT  06095 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment : | |
| PINNACLE PERIODONTICS<br>SCR SERVICES<br>P O BOX 1001<br>ALEXANDER, AR  72002 | $93.60 | Unsecured (H)<br>Account No: 3515<br>Comment : DOS 1/31/13 | Pro-Rata |
| PORTFOLIO RECOVERY ASSOC<br>Attention: PAYMENTS<br>P O BOX 12914<br>NORFOLK, VA  23541 | $2,705.91 | Unsecured (H)<br>Account No: 0398<br>Comment : GE CAPITAL/JC PENNEY | Pro-Rata |
| PRA RECEIVABLES MANAGEMENT LLC<br>AGT OF PORTFOLIO RECOVERY<br>ASSC<br>P.O. BOX 12914<br>NORFOLK, VA  23541 | | Notice Only (Z)<br>Account No:<br>Comment : SYNC/JCPENNEY | |
| PROFESSIONAL BUREAU OF COLLECT<br>P.O. BOX 628<br>ELK GROVE, CA  95759-0628 | | Notice Only (Z)<br>Account No:<br>Comment : SYNC/JCPENNEY | |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| Quantum3 Group LLC<br>GCIII LLC<br>P.O. Box 788<br>Kirkland, WA 98083 | | Notice Only (Z)<br>Account No:<br>Comment : SYNC/WALMART | |
| QUANTUM3 GROUP, LLC<br>MOMA FUNDING, LLC<br>P O BOX 788<br>KIRKLAND, WA 98083 | $1,277.52 | Unsecured (H)<br>Account No: 7603<br>Comment : WALMART | Pro-Rata |
| RADIOLOGY ASSOCIATES<br>P.O. BOX 8801<br>LITTLE ROCK, AR 72231-8801 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment : | |
| RADIOLOGY ASSOCIATES<br>P.O. BOX 8801<br>LITTLE ROCK, AR 72231-8801 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment : | |
| RECEIVABLES PERFORMANCE MGMT<br>20816 44TH AVE W<br>LYNNWOOD, WA 98036 | | Notice Only (Z)<br>Account No:<br>Comment : AT&T | |
| SALINE COUNTY RECOVERY<br>4113 ALCOA ROAD<br>BENTON, AR 72015 | | Notice Only (Z)<br>Account No:<br>Comment : PINNACLE PERIO | |
| SANTANDER CONSUMER USA<br>P O BOX 560284<br>DALLAS, TX 75356-0284 | $13,725.00 | Secured - Vehicle (F)<br>Account No: 9281<br>Comment : 2014 CHEVY CAMARO<br>Monthly Payment: $258.00 | 100.00 |
| SANTANDER CONSUMER USA<br>P O BOX 560284<br>DALLAS, TX 75356-0284 | $8,660.16 | Unsecured (H)<br>Account No: 9281<br>Comment : Split Claim 2014 CHEVY CAMARO | Pro-Rata |
| SOUTHERN FARM BUREAU<br>P.O. BOX 1800<br>RIDGELAND, MS 39158 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment : | |
| SOUTHWESTERN BELL TELEPHONE<br>ATTN: BANKRUPTCY GROUP<br>P.O. BOX 769<br>ARLINGTON, TX 76004 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment : | |
| SUNRISE CREDIT SERVICES<br>P.O. BOX 9100<br>FARMINGDALE, NY 11735-9100 | | Notice Only (Z)<br>Account No:<br>Comment : AT&T | |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| T-MOBILE<br>P.O. BOX 660252<br>DALLAS, TX 75266-0252 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment : | |
| UAMS<br>4301 W MARKHAM SLOT 612<br>LITTLE ROCK, AR 72205 | $3,549.90 | Unsecured (H)<br>Account No: XXXXXXXXXXXXXXXXXX<br>Comment : DOS 8/22/12-7/25/17  UNIVERSITY HOS | Pro-Rata |
| UAMS<br>4301 West Markham Street<br>Little Rock, AR 72205 | $0.00 | Unsecured - Other (G)<br>Account No:<br>Comment : SEE CLAIM #32 | |
| UAMS<br>4301 W. MARKHAM SLOT 612<br>LITTLE ROCK, AR 72205 | | Notice Only (Z)<br>Account No:<br>Comment : | |
| UAMS Medical Center<br>P.O. Box 505<br>Linden, MI 48451-0505 | $0.00 | Unsecured - Other (G)<br>Account No:<br>Comment : SEE CLAIM #32 | |
| UAMS Medical Center<br>P.O. Box 505<br>Linden, MI 48451-0505 | $0.00 | Unsecured - Other (G)<br>Account No:<br>Comment : SEE CLAIM #32 | |
| UAMS Medical Center<br>P.O. Box 505<br>Linden, MI 48451-0505 | $0.00 | Unsecured - Other (G)<br>Account No:<br>Comment : SEE CLAIM #32 | |
| UNITED STATES TREASURY<br>Centralized Insolvency Operation<br>P O BOX 7317<br>PHILADELPHIA, PA 19101-7317 | $2,303.27 | Priority Debt (C)<br>Account No: 8102<br>Comment : 11 INC TAX | 100.00 |
| UNITED STATES TREASURY<br>Centralized Insolvency Operation<br>P O BOX 7317<br>PHILADELPHIA, PA 19101-7317 | $47.45 | Unsecured - Unlisted (U)<br>Account No: 8102<br>Comment : PENALTY | Pro-Rata |
| UNIVERSITY HOSPITAL<br>4301 W. MARKHAM<br>LITTLE ROCK, AR 72205 | $0.00 | Unsecured - Other (G)<br>Account No:<br>Comment : SEE CLAIM #32 | |
| US DEPARTMENT OF EDUCATION<br>C/O NELNET<br>P O BOX 740283<br>ATLANTA, GA 30374-0283 | $11,369.10 | Unsecured - Non-Dischargeable Debt (L)<br>Account No: 8102<br>Comment : | Pro-Rata |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| Wells Fargo Financial<br>P.O. Box 94498<br>Las Vegas, NV 89193-4498 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment  : | |

CC:  TINA R. WARD
     P.O. Box 265
     Sweet Home, AR  72164

     Danyelle J. Walker   (Noticed by ECF)
     323 Center Street Ste 1020
     LITTLE ROCK, AR  72201