## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE: TINA R. WARD                                         CASE NO. 4:17-bk-15028 T
      DEBTOR                                              CHAPTER 13

---

### MODIFICATION OF CHAPTER 13 PLAN

---

      Comes now the Debtor(s) and for her modification to the original or modified Chapter 13 plan states:

1.  **PAYMENT TO THE TRUSTEE:**

      The DEBTOR PROPOSES TO PAY $617.00 PER MONTH TO THE TRUSTEE.

      **NEW BASE OF $31,069.00**

      Indicate how often the Debtor is paid by checking the

( ) weekly;    ( ) bi-weekly;    ( ) semi-mo;    ( ) monthly or
( ) other (if other, please specify):

2.  **THE PLAN LENGTH** shall remain the same unless otherwise indicated below:

    (   ) Increase plan length to _____ months.
    (   ) Decrease plan length to _____ months.

      The Debtors propose to pay all disposable income into the plan for the benefit of unsecured creditors for not less than the applicable commitment period (unless unsecured creditors are being paid in full (100%).  The plan length shall not exceed 60 months

3.  **UNSECURED CREDITORS ARE TO BE PAID PRORATA.**

4.  ALL OTHER PROVISIONS AS SET FORTH IN THE LAST CONFIRMED PLAN REMAINS THE SAME.

8/13/19 _____                                    /S/ Danyelle J. Walker _____
DATE                                                Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**

IN RE: TINA R. WARD                                            CASE NO. 4:17-bk-15028 T
       DEBTOR                                              CHAPTER 13

### NOTICE OF OPPORTUNITY TO OBJECT TO
### MODIFIED PLAN AFTER CONFIRMATION

        You are hereby notified that the Debtors have filed the attached modification to the plan pursuant to the 11 U.S.C. sections 1323, 1329 and Rule 3019 of the Rules of Bankruptcy Procedure. Objections to Confirmation of the Plan as Modified must be filed in writing within 21 days from the date of this notice, with the Bankruptcy Court at 300 West Second, Little Rock, AR 72201, with copies to the Attorney for Debtors and Mark T. McCarty, Trustee, P.O. Box 5006, Little Rock, AR 72119.

        If objections to the Plan as Modified are filed, they will be set for hearing by subsequent notice. If no objections are received, the Plan as Modified may be confirmed without further notice or hearing.

                                      /S/Danyelle J. Walker
                                      Danyelle J. Walker
                                      Attorney at Law
                                      Law Office of Danyelle Walker, PLLC
                                      323 Center Street, Suite 1020
                                      Little Rock, AR 72201
                                      (501) 374-1448

8/13/19
DATED

### CERTIFICATE OF MAILING

        I, the undersigned, hereby certify that copies of the foregoing notice and attached Modification to Plan have been mailed to:

Mark T. McCarty , Trustee
P.O. Box 5006
North Little Rock, AR 72119

And to all creditors whose names and addresses are set forth below:

**Alliance Collection Services**
600 W. Main Street Suite A
Tupelo, MS 38804

**Allied Interstate**
435 Ford Road, Suite 800
Minneapolis, MN 55426

**Allied Interstate LLC**
P.O. Box 4000
Warrenton, VA 20188

**Allied Interstate, Inc.**
Data Operations

P.O. Box 2455
Chandler, AZ 85244-2455

**Alltran Financial, LP**
P.O. Box 610
Sauk Rapids, MN 56379

**American Express**
P.O. Box 981537
El Paso, TX 79998-1537

**American Express
Centurion Bank**
c/o Becket and Lee LLP
PO Box 3001

Malvern, PA 19355-0701

**Apple Law Group**
5000 Birch Street, Suite 3000
Newport Beach, CA 92660

**Arkansas Department of
Finance and Admin.**
Legal Counsel Room 2380
P O Box 1272
Little Rock, AR 72203-1272

**Arkansas Furniture**
P.O. Box 965036
Orlando, FL 32896-5036

**Arkansas Furniture**
P.O. Box 981439
El Paso, TX 79998

**Arkansas Specialty Orthopedic**
600 S. McKinley
Little Rock, AR 72205

**AT&T Mobility**
P.O. Box 10330
Fort Wayne, IN 46851-0330

**Bank of America**
P.O. Box 15026
Wilmington, DE 19850-5026

**Bank of America, N.A.**
P O Box 982284
El Paso, TX 79998-2238

**Barclays Bank Delaware**
P.O. Box 8803
Wilmington, DE 19889

**Becket & Lee**
P.O. Box 3001
Malvern, PA 19355

**Bill Me Later**
P.O. Box 2394
Omaha, NE 68103-2394

**Capital One**
P.O. Box 30281
Salt Lake City, UT 84130-0281

**Cavalry SPV I, LLC as assignee of GE Retail Bank**
500 Summit Lake Drive, Ste. 400
Valhalla, NY 10595

**Cavalry SPV, II**
500 Summit Lake Drive
Suite 400
Valhalla, NY 10595

**CBE Group**
1309 Technology Pkwy
Cedar Falls, IA 50613

**CBSA Collections**
P.O. Box 1929
Stillwater, OK 74076-1929

**Cerastes WTB, LLC**

C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

**Cerastes, LLC**
c/o Weinstein Riley
2001 Western Avenue, #400
Seattle, WA 98121

**Chase**
P.O. Box 15298
Wilmington, DE 19850-5298

**Chase**
P.O. Box 15123
Wilmington, DE 19850-5123

**Chase Bank**
P.O. Box 15298
Wilmington, DE 19850

**Collection Services, Inc**
Prospect Bldg. Ste. 950
1501 N. University
Little Rock, AR 72207

**Complete Credit Solutions co Peritus Portfolio**
P.O. Box 141419
Irving, TX 75014-1419

**Credit One Bank**
P.O. Box 98872
Las Vegas, NV 89193

**Dell Financial Services**
c/o DFS Customer Care Dept.
P.O. Box 81607
Austin, TX 78708

**Dell Financial Services, LLC**
Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

**Dept of Ed/Nelnet**
3015 Parker Rd
Suite 400
Aurora, CO 80014

**ECMC**
111 South Washington Ave.
Suite 1400

Minneapolis, MN 55401

**Educational Credit Management Corporation**
P.O. Box 16408
Saint Paul, MN 55116-0408

**Encore Receivable Management**
P.O. Box 1880
Southgate, MI 48195-0880

**Law Group Termination Dept.**
5000 Birch Street, Ste. 3000
Newport Beach, CA 92660

**LVNV Funding**
P.O. Box 10497
Greenville, SC 29603-0497

**LVNV Funding, LLC its successors and assigns as**
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Medical College Phys Group**
P.O. Box 251508
Little Rock, AR 72225-1508

**Midland Credit Management**
2365 Northside Drive
Suite 300
San Diego, CA 92108

**Midland Funding**
2365 Northside Drive
Suite 300
San Diego, CA 92108

**Midland Funding, LLC**
Midland Credit Management, Inc.
as agent for Midland Funding, LLC
PO BOX 2011
Warren, MI 48090

**National Recovery Agency**
2491 Paxton St.
Harrisburg, PA 17111

**NCO Financial**

P.O. Box 4906
Trenton, NJ 08650

**Nissan Motor Acceptance**
Bankruptcy Dept.
P.O. Box 660366
Dallas, TX 75266

**PERITUS PORTFOLIO
SERVICES II, LLC,
LLC/Wollemi Ac**
PO BOX 141419
Irving, Tx 75014-1419

**Phillips Remote Cardiac
Servic**
7 Waterside Xing Ste 301
Windsor, CT 06095

**Pinnacle Peridontics**
Saline County Recovery,
LLC
P.O. Box 1001
Alexander, AR 72002

**PORTFOLIO RECOVERY
ASSOCIATES, LLC**
POB 41067
Norfolk, VA 23541

**PRA Receivables
Management LLC**
Agt of Portfolio Recovery
Assc
P.O. Box 12914
Norfolk, VA 23541

**PRA Receivables
Management, LLC**
PO Box 41021
Norfolk, VA 23541

**Professional Bureau of
Collect**
P.O. Box 628
Elk Grove, CA 95759-0628

**Quantum3 Group LLC**
GCIII LLC
P.O. Box 788
Kirkland, WA 98083

**Quantum3 Group LLC as**

**agent for MOMA Funding
LLC**
PO Box 788
Kirkland, WA 98083-0788

**Radiology Associates**
P.O. Box 8801
Little Rock, AR 72231-8801

**Receivables Performance
Mgmt**
20816 44th Ave W
Lynnwood, WA 98036

**Saline County Recovery**
4113 Alcoa Road
Benton, AR 72015

**SalliMae Servicing**
P.O. Box 9500
Wilkes Barre, PA 18773-
9500

**Santander Consumer USA**
P.O. Box 560284
Dallas, TX 75356

**Southern Farm Bureau**
P.O. Box 1800
Ridgeland, MS 39158

**Southwestern Bell
Telephone**
Attn: Bankruptcy Group
P.O. Box 769
Arlington, TX 76004

**State of Arkansas Dept of
Fin**
Safety Responsibility
P.O. Box 1272, Room 2380
Little Rock, AR 72203

**Sunrise Credit Services**
P.O. Box 9100
Farmingdale, NY 11735-
9100

**SYNCB/JC Penney**
P.O. Box 965007
Orlando, FL 32896-5009

**SYNCB/Wal Mart**
P.O. Box 965024

Orlando, FL 32896

**T-Mobile**
P.O. Box 660252
Dallas, TX 75266-0252

**U.S. Department of
Education C/O Nelnet**
121 South 13th Street, Suite
201
Lincoln, NE 68508

**UAMS**
P.O. Box 505
Linden, MI 48451-0505

**UAMS**
4301 West Markham Street
Little Rock, AR 72205

**UAMS**
4301 W. Markham Slot 612
Little Rock, AR 72205

**UAMS Medical Center**
P.O. Box 505
Linden, MI 48451-0505

**United States Treasury**
P.O. Box 7317
Philadelphia, PA 19101

**University Hospital**
4301 W. Markham
Little Rock, AR 72205

**Wells Fargo Financial**
P.O. Box 94498
Las Vegas, NV 89193-4498

**Tina R. Ward**
P.O. Box 265
Sweet Home, AR 72164

And to all attorneys who have filed any pleading herein, whose names and addresses are set forth below:

All done on this __13th____ day of_____August_____, 2019.


/S/Danyelle J. Walker
Danyelle J. Walker