

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF ARKANSAS

IN PROCEEDINGS:

1715028

DEBTOR(S):

TINA R WARD

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 16 IN THE AMOUNT OF $2,276.66

CREDITOR'S SIGNATURE:
/s/ Taylor R Boehnlein

CREDITOR CONTACT INFO:

LVNV Funding, LLC its successors and assigns as assignee of FNBM, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

7/29/2020