GO11-11(b)tw      / 006

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:   Tina R. Ward

CASE NO:   4:17-bk-15028 T

Chapter 13

**TRUSTEE'S MOTION TO DISMISS
FOR FAILURE TO MAKE PLAN PAYMENTS
AND NOTICE OF HEARING**

Mark T. McCarty, Trustee, for this Motion to Dismiss for Failure to Make Plan Payments and Notice of Hearing, states:

1. The chapter 13 plan requires the Debtor to pay the Trustee as follows:

    $617.00 Monthly   ( Source: TINA R. WARD  $617.00 MONTHLY  )

2. The Debtor is in material default with respect to the terms of the plan pursuant to 11 U.S.C. § 1307. Payments by or for the Debtor to the Trustee have not been made as proposed.

3. The Debtor's case should be dismissed pursuant to 11 U.S.C. § 1307(c)(1),(4) and (6), as applicable.

/s/   Mark T. McCarty
Mark T. McCarty
STANDING CHAPTER 13 TRUSTEE
(501) 374-1572

**NOTICE OF HEARING
TO THE DEBTOR AND DEBTOR'S ATTORNEY:**

You are hereby notified that a hearing on the Trustee's Motion to Dismiss for Failure to Make Plan Payments will be held on:

12/10/2020  at   9:00 am

U.S. Bankruptcy Court
300 W. 2nd Street
Little Rock, AR 72201

If you contest the Trustee's Motion to Dismiss for Failure to Make Plan Payments, you should:  (1) appear at the hearing; and (2) file a written response to the Motion and serve it upon the Trustee at the address listed in the Motion no later than two days before the date set for the hearing.

Date:  11/03/2020

/s/   Linda McCormack
U. S. Bankruptcy Court Clerk

cc:   Tina R. Ward
      P O Box 265
      Sweet Home, AR  72164

      Danyelle J. Walker   (Noticed by ECF)
      Law Office Of Danyelle Walker, Pllc
      323 Center Street Ste 1020
      Little Rock, AR  72201