GO11-10(b)) / tw        /195

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

IN RE:   Tina R. Ward                                                    CASE NO:   4:17-bk-15028 T

                                                                                    Chapter 13

---

## CHAPTER 13 ORDER DISMISSING CASE
## FOR VIOLATING STRICT COMPLIANCE ORDER

---

COMES NOW THE COURT and finds that an order was entered in the above styled case on 12/10/2020, Docket Entry [49], requiring the Debtor to make specific payments to the Trustee.  The order further provided that the case was to be dismissed if the payments were not submitted as required.  The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the Debtor to comply with the court's order of 12/10/2020.

IT IS SO ORDERED.


Date:  03/10/2021                                    _____
                                                        /s/   Richard D. Taylor

                                                            Richard D. Taylor
                                                        U.S. Bankruptcy Judge


cc:   Mark T. McCarty, Trustee

       Danyelle J. Walker
       Law Office Of Danyelle Walker, Pllc
       323 Center Street Ste 1020
       Little Rock, AR  72201

       Tina R. Ward
       P O Box 265
       Sweet Home, AR  72164

       All Creditors