United States Bankruptcy Court
Eastern District of Arkansas

In re:  
Tina R. Ward  
    Debtor

Case No. 17-15028-rdt  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0860-4      User: latrese      Page 1 of 4  
Date Rcvd: Mar 10, 2021      Form ID: pdf06As      Total Noticed: 73

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tina R. Ward, P.O. Box 265, Sweet Home, AR 72164-0265 |
| 6053396 | + | Allied Interstate, 435 Ford Road, Suite 800, Minneapolis, MN 55426-1066 |
| 6053397 | + | Allied Interstate LLC, P.O. Box 4000, Warrenton, VA 20188-4000 |
| 6053398 | | Allied Interstate, Inc., Data Operations, P.O. Box 2455, Chandler, AZ 85244-2455 |
| 6053400 | | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 6112040 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 6053401 | + | Apple Law Group, 5000 Birch Street, Suite 3000, Newport Beach, CA 92660-2140 |
| 6053404 | + | Arkansas Specialty Orthopedic, 600 S. McKinley, Little Rock, AR 72205-5222 |
| 6053406 | | Bank of America, P.O. Box 15026, Wilmington, DE 19850-5026 |
| 6095659 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 6053407 | + | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 6053408 | + | Becket & Lee, P.O. Box 3001, Malvern, PA 19355-0701 |
| 6053413 | | CBSA Collections, P.O. Box 1929, Stillwater, OK 74076-1929 |
| 6121822 | | Complete Credit Solutions co Peritus Portfolio, P.O. Box 141419, Irving, TX 75014-1419 |
| 6114845 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 6053422 | + | ECMC, 111 South Washington Ave., Suite 1400, Minneapolis, MN 55401-6800 |
| 6101876 | | Educational Credit Management Corporation, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 6053423 | | Encore Receivable Management, P.O. Box 1880, Southgate, MI 48195-0880 |
| 6053424 | + | Law Group Termination Dept., 5000 Birch Street, Ste. 3000, Newport Beach, CA 92660-2140 |
| 6053426 | | Medical College Phys Group, P.O. Box 251508, Little Rock, AR 72225-1508 |
| 6053430 | + | NCO Financial, P.O. Box 4906, Trenton, NJ 08650-4906 |
| 6053431 | + | Nissan Motor Acceptance, Bankruptcy Dept., P.O. Box 660366, Dallas, TX 75266-0366 |
| 6053432 | + | Phillips Remote Cardiac Servic, 7 Waterside Xing Ste 301, Windsor, CT 06095-1540 |
| 6053433 | + | Pinnacle Peridontics, Saline County Recovery, LLC, P.O. Box 1001, Alexander, AR 72002-1001 |
| 6053435 | | Professional Bureau of Collect, P.O. Box 628, Elk Grove, CA 95759-0628 |
| 6053441 | + | Santander Consumer USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 6053442 | + | Southern Farm Bureau, P.O. Box 1800, Ridgeland, MS 39158-1800 |
| 6053445 | | Sunrise Credit Services, P.O. Box 9100, Farmingdale, NY 11735-9100 |
| 6053449 | | UAMS, P.O. Box 505, Linden, MI 48451-0505 |
| 6053451 | | UAMS, 4301 W. Markham Slot 612, Little Rock, AR 72205 |
| 6053450 | + | UAMS, 4301 West Markham Street, Little Rock, AR 72205-7199 |
| 6053452 | | UAMS Medical Center, P.O. Box 505, Linden, MI 48451-0505 |
| 6053454 | + | University Hospital, 4301 W. Markham, Little Rock, AR 72205-7101 |
| 6053455 | | Wells Fargo Financial, P.O. Box 94498, Las Vegas, NV 89193-4498 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 6053405 | Email/Text: g20956@att.com | | |
| | | Mar 10 2021 23:48:00 | AT&T Mobility, P.O. Box 10330, Fort Wayne, IN 46851-0330 |

| District/off: 0860-4 | User: latrese | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 10, 2021 | Form ID: pdf06As | Total Noticed: 73 |

| | | | | |
|---|---|---|---|---|
| 6058426 | | Email/Text: dena.wood@dfa.arkansas.gov | Mar 10 2021 23:47:00 | Arkansas Department of Finance and Admin., Legal Counsel Room 2380, P O Box 1272, Little Rock, AR 72203-1272 |
| 6053403 | | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2021 23:24:36 | Arkansas Furniture, P.O. Box 965036, Orlando, FL 32896-5036 |
| 6053402 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2021 23:26:33 | Arkansas Furniture, P.O. Box 981439, El Paso, TX 79998-1439 |
| 6053409 | | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2021 23:24:36 | Bill Me Later, P.O. Box 2394, Omaha, NE 68103-2394 |
| 6053412 | + | Email/Text: bankruptcynotices@cbecompanies.com | Mar 10 2021 23:48:00 | CBE Group, 1309 Technology Pkwy, Cedar Falls, IA 50613-6976 |
| 6053410 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 10 2021 23:22:39 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 6112878 | + | Email/Text: bankruptcy@cavps.com | Mar 10 2021 23:48:00 | Cavalry SPV I, LLC as assignee of GE Retail Bank, 500 Summit Lake Drive, Ste. 400, Valhalla, NY 10595-2321 |
| 6053411 | + | Email/Text: bankruptcy@cavps.com | Mar 10 2021 23:48:00 | Cavalry SPV, II, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 6119331 | + | Email/Text: bncmail@w-legal.com | Mar 10 2021 23:48:00 | Cerastes WTB, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 6053414 | + | Email/Text: bncmail@w-legal.com | Mar 10 2021 23:48:00 | Cerastes, LLC, c/o Weinstein Riley, 2001 Western Avenue, #400, Seattle, WA 98121-3132 |
| 6053419 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 10 2021 23:22:41 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 6053420 | + | Email/PDF: DellBKNotifications@resurgent.com | Mar 10 2021 23:26:36 | Dell Financial Services, c/o DFS Customer Care Dept., P.O. Box 81607, Austin, TX 78708-1607 |
| 6053421 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 10 2021 23:48:00 | Dept of Ed/Nelnet, 3015 Parker Rd, Suite 400, Aurora, CO 80014-2904 |
| 6053415 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 10 2021 23:26:32 | Chase, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 6053416 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 10 2021 23:22:38 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 6053417 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 10 2021 23:22:38 | Chase Bank, P.O. Box 15298, Wilmington, DE 19850 |
| 6053425 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2021 23:24:41 | LVNV Funding, P.O. Box 10497, Greenville, SC 29603-0497 |
| 6114846 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2021 23:22:43 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 6053427 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 10 2021 23:48:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 6053428 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 10 2021 23:48:00 | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 6094240 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 10 2021 23:48:00 | Midland Funding, LLC, Midland Credit Management, Inc., as agent for Midland Funding, LLC, PO BOX 2011, Warren, MI 48090-2011 |
| 6053429 | + | Email/Text: Bankruptcies@nragroup.com | Mar 10 2021 23:48:00 | National Recovery Agency, 2491 Paxton St., Harrisburg, PA 17111-1036 |
| 6285503 | | Email/Text: peritus@ebn.phinsolutions.com | Mar 10 2021 23:48:00 | PERITUS PORTFOLIO SERVICES II, LLC, LLC/Wollemi Ac, PO BOX 141419, Irving, Tx 75014-1419 |

| District/off: 0860-4 | User: latrese | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 10, 2021 | Form ID: pdf06As | Total Noticed: 73 |

| Recip ID | | Email address | Timestamp | Name and Address |
|---|---|---|---|---|
| 6087373 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 10 2021 23:24:39 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 6053434 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 10 2021 23:26:35 | | PRA Receivables Management LLC, Agt of Portfolio Recovery Assc, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 6053876 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 10 2021 23:22:41 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 6053436 | + | Email/Text: bnc-quantum@quantum3group.com | Mar 10 2021 23:47:00 | Quantum3 Group LLC, GCIII LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 6116237 | | Email/Text: bnc-quantum@quantum3group.com | Mar 10 2021 23:47:00 | Quantum3 Group LLC as agent for MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 6053437 | | Email/Text: susan@rapaxray.com | Mar 10 2021 23:48:00 | Radiology Associates, P.O. Box 8801, Little Rock, AR 72231-8801 |
| 6053438 | + | Email/Text: Supportservices@receivablesperformance.com | Mar 10 2021 23:48:00 | Receivables Performance Mgmt, 20816 44th Ave W, Lynnwood, WA 98036-7744 |
| 6053446 | | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2021 23:24:36 | SYNCB/JC Penney, P.O. Box 965007, Orlando, FL 32896-5009 |
| 6053447 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2021 23:24:38 | SYNCB/Wal Mart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 6053440 | | Email/PDF: pa_dc_claims@navient.com | Mar 10 2021 23:22:52 | SalliMae Servicing, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 6053443 | + | Email/Text: g17768@att.com | Mar 10 2021 23:47:00 | Southwestern Bell Telephone, Attn: Bankruptcy Group, P.O. Box 769, Arlington, TX 76004-0769 |
| 6053444 | + | Email/Text: dena.wood@dfa.arkansas.gov | Mar 10 2021 23:47:00 | State of Arkansas Dept of Fin, Safety Responsibility, P.O. Box 1272, Room 2380, Little Rock, AR 72203-1272 |
| 6053448 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Mar 10 2021 23:26:31 | T-Mobile, P.O. Box 660252, Dallas, TX 75266-0252 |
| 6059653 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 10 2021 23:48:00 | U.S. Department of Education C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 6053453 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 10 2021 23:47:00 | United States Treasury, P.O. Box 7317, Philadelphia, PA 19101-7317 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 6053395 | ##+ | Alliance Collection Services, 600 W. Main Street Suite A, Tupelo, MS 38804-3733 |
| 6053399 | ##+ | Alltran Financial, LP, P.O. Box 610, Sauk Rapids, MN 56379-0610 |
| 6053418 | ##+ | Collection Services, Inc, Prospect Bldg. Ste. 950, 1501 N. University, Little Rock, AR 72207-5298 |
| 6053439 | ##+ | Saline County Recovery, 4113 Alcoa Road, Benton, AR 72015-6802 |

TOTAL: 0 Undeliverable, 0 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0860-4 | User: latrese | Page 4 of 4 |
| Date Rcvd: Mar 10, 2021 | Form ID: pdf06As | Total Noticed: 73 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2021  Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Danyelle J. Walker | on behalf of Debtor Tina R. Ward danyellewalker@yahoo.com danyellewalkerbankruptcy@gmail.com,R62442@notify.bestcase.com |
| Mark T. McCarty | ecfmail@ch13ark.com |
| U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov Shari.Sherman@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;Kent.H.Johnson@usdoj.gov |

TOTAL: 3

GO11-10(b)) / tw          /195

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:   Tina R. Ward                                              CASE NO:   4:17-bk-15028 T
                                                                                    Chapter 13

CHAPTER 13 ORDER DISMISSING CASE
FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on 12/10/2020, Docket Entry [49], requiring the Debtor to make specific payments to the Trustee.  The order further provided that the case was to be dismissed if the payments were not submitted as required.  The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the Debtor to comply with the court's order of 12/10/2020.

IT IS SO ORDERED.

Date:  03/10/2021

/s/   Richard D. Taylor
Richard D. Taylor
U.S. Bankruptcy Judge

cc:   Mark T. McCarty, Trustee

Danyelle J. Walker
Law Office Of Danyelle Walker, Pllc
323 Center Street Ste 1020
Little Rock, AR  72201

Tina R. Ward
P O Box 265
Sweet Home, AR  72164

All Creditors