IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:  TINA R. WARD                    CASE NO. 4:17-bk-15028 T
        DEBTOR                                    CHAPTER 13

**MOTION TO REINSTATE CHAPTER 13 CASE
AND SET ASIDE ORDER OF DISMISSAL**

Comes now the Debtor, Tina R. Ward, by and through her attorney, Danyelle J. Walker, and for her Motion to Reinstate Chapter 13 Case and Set Aside Order of Dismissal, states:

1. That the Debtor filed this Chapter 13 bankruptcy proceeding on September 15, 2017.

2. That because the Debtor fell behind on her plan payments, she was placed on a strict compliance between the months December 2020 through May 2021.

3. That because the Debtor had to pay unexpected expenses, she was unable to pay her February 2021 plan payment. Consequently, her case was dismissed on March 10, 2021, for failure to comply with this Court's order.

4. That the Debtor is in need of bankruptcy protection in order to protect her vehicles.

5. That the Debtor is able to resume making her plan payments and will agree to whatever length of strict compliance the Trustee deems necessary.

WHEREFORE, the Debtor, Tina R. Ward, prays that this Court grant her Motion to Reinstate Chapter 13 Case and Set Aside Order of Dismissal and allow all other proper relief that she may be entitled to.

Respectfully submitted,

/S/ Danyelle J. Walker
Danyelle J. Walker
Attorney for the Debtor
323 Center Street, Suite 1020
Little Rock, AR 72201
(501) 374-1448

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: TINA R. WARD             CASE NO. 4:17-bk-15028 T
      DEBTOR                        CHAPTER 13

### NOTICE OF OPPORTUNITY TO OBJECT

Notice is hereby given that the above Debtor filed a Motion to Reinstate Chapter 13 Case and Set Aside Order of Dismissal on March 19, 2021.

Interested parties are **NOTIFIED** to file a written response to the Motion within twenty one (21) days from the date of the notice. A Motion to Shorten Time to Object to 10 Days will be filed along with this Motion to Reinstate.

**FAILURE TO FILE A WRITTEN RESPONSE TO THE DEBTOR'S MOTION SHALL BE DEEMED AS A STATEMENT OF NO OPPOSITION AND THE COURT MAY ENTER, WITHOUT FURTHER NOTICE, AN ORDER GRANTING THE RELIEF REQUESTED. ANY OBJECTIONS MUST BE FILED WITH THE UNITED STATES BANKRUPTCY COURT, 300 WEST SECOND STREET, LITTLE ROCK, ARKANSAS 72201 AND WITH THE DEBTOR'S ATTORNEY.**

If a response opposing the Motion is timely filed, a hearing will be set by subsequent notice.

                                       Respectfully submitted,

                                       /S/ Danyelle J. Walker
                                       Danyelle J. Walker
                                       Attorney for the Debtor
                                       323 Center Street, Suite 1020
                                       Little Rock, AR 72201
                                       (501) 374-1448

# CERTIFICATE OF SERVICE

I, Danyelle J. Walker, do hereby certify that a copy of the foregoing Motion was delivered to the following, via U.S. Mail, postage prepaid, this 19th day of March 2021:

**Alliance Collection Services**
600 W. Main Street Suite A
Tupelo, MS 38804

**Allied Interstate**
435 Ford Road, Suite 800
Minneapolis, MN 55426

**Allied Interstate LLC**
P.O. Box 4000
Warrenton, VA 20188

**Allied Interstate, Inc.**
Data Operations
P.O. Box 2455
Chandler, AZ 85244-2455

**Alltran Financial, LP**
P.O. Box 610
Sauk Rapids, MN 56379

**American Express**
P.O. Box 981537
El Paso, TX 79998-1537

**American Express Centurion Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

**Apple Law Group**
5000 Birch Street, Suite 3000
Newport Beach, CA 92660

**Arkansas Department of Finance and Admin.**
Legal Counsel Room 2380
P O Box 1272
Little Rock, AR 72203-1272

**Arkansas Furniture**
P.O. Box 965036
Orlando, FL 32896-5036

**Arkansas Furniture**
P.O. Box 981439
El Paso, TX 79998

**Arkansas Specialty Orthopedic**
600 S. McKinley
Little Rock, AR 72205

**AT&T Mobility**
P.O. Box 10330
Fort Wayne, IN 46851-0330

**Bank of America**
P.O. Box 15026
Wilmington, DE 19850-5026

**Bank of America, N.A.**
P O Box 982284
El Paso, TX 79998-2238

**Barclays Bank Delaware**
P.O. Box 8803
Wilmington, DE 19889

**Becket & Lee**
P.O. Box 3001
Malvern, PA 19355

**Bill Me Later**
P.O. Box 2394
Omaha, NE 68103-2394

**Capital One**
P.O. Box 30281
Salt Lake City, UT 84130-0281

**Cavalry SPV I, LLC as assignee of GE Retail Bank**
500 Summit Lake Drive, Ste. 400
Valhalla, NY 10595

**Cavalry SPV, II**
500 Summit Lake Drive
Suite 400
Valhalla, NY 10595

**CBE Group**

1309 Technology Pkwy
Cedar Falls, IA 50613

**CBSA Collections**
P.O. Box 1929
Stillwater, OK 74076-1929

**Cerastes WTB, LLC**
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

**Cerastes, LLC**
c/o Weinstein Riley
2001 Western Avenue, #400
Seattle, WA 98121

**Chase**
P.O. Box 15298
Wilmington, DE 19850-5298

**Chase**
P.O. Box 15123
Wilmington, DE 19850-5123

**Chase Bank**
P.O. Box 15298
Wilmington, DE 19850

**Collection Services, Inc**
Prospect Bldg. Ste. 950
1501 N. University
Little Rock, AR 72207

**Complete Credit Solutions co Peritus Portfolio**
P.O. Box 141419
Irving, TX 75014-1419

**Credit One Bank**
P.O. Box 98872
Las Vegas, NV 89193

**Dell Financial Services**
c/o DFS Customer Care Dept.
P.O. Box 81607
Austin, TX 78708

**Dell Financial Services, LLC**
Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

**Dept of Ed/Nelnet**
3015 Parker Rd
Suite 400
Aurora, CO 80014

**ECMC**
111 South Washington Ave.
Suite 1400
Minneapolis, MN 55401

**Educational Credit Management Corporation**
P.O. Box 16408
Saint Paul, MN 55116-0408

**Encore Receivable Management**
P.O. Box 1880
Southgate, MI 48195-0880

**Law Group Termination Dept.**
5000 Birch Street, Ste. 3000
Newport Beach, CA 92660

**LVNV Funding**
P.O. Box 10497
Greenville, SC 29603-0497

**LVNV Funding, LLC its successors and assigns as**
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Medical College Phys Group**
P.O. Box 251508
Little Rock, AR 72225-1508

**Midland Credit Management**
2365 Northside Drive
Suite 300
San Diego, CA 92108

**Midland Funding**
2365 Northside Drive
Suite 300

San Diego, CA 92108

**Midland Funding, LLC**
Midland Credit Management, Inc.
as agent for Midland Funding, LLC
PO BOX 2011
Warren, MI 48090

**National Recovery Agency**
2491 Paxton St.
Harrisburg, PA 17111

**NCO Financial**
P.O. Box 4906
Trenton, NJ 08650

**Nissan Motor Acceptance**
Bankruptcy Dept.
P.O. Box 660366
Dallas, TX 75266

**PERITUS PORTFOLIO SERVICES II, LLC, LLC/Wollemi Ac**
PO BOX 141419
Irving, Tx 75014-1419

**Phillips Remote Cardiac Servic**
7 Waterside Xing Ste 301
Windsor, CT 06095

**Pinnacle Peridontics**
Saline County Recovery, LLC
P.O. Box 1001
Alexander, AR 72002

**PORTFOLIO RECOVERY ASSOCIATES, LLC**
POB 41067
Norfolk, VA 23541

**PRA Receivables Management LLC**
Agt of Portfolio Recovery Assc
P.O. Box 12914
Norfolk, VA 23541

**PRA Receivables Management, LLC**
PO Box 41021
Norfolk, VA 23541

**Professional Bureau of Collect**
P.O. Box 628
Elk Grove, CA 95759-0628

**Quantum3 Group LLC**
GCIII LLC
P.O. Box 788
Kirkland, WA 98083

**Quantum3 Group LLC as agent for MOMA Funding LLC**
PO Box 788
Kirkland, WA 98083-0788

**Radiology Associates**
P.O. Box 8801
Little Rock, AR 72231-8801

**Receivables Performance Mgmt**
20816 44th Ave W
Lynnwood, WA 98036

**Saline County Recovery**
4113 Alcoa Road
Benton, AR 72015

**SalliMae Servicing**
P.O. Box 9500
Wilkes Barre, PA 18773-9500

**Santander Consumer USA**
P.O. Box 560284
Dallas, TX 75356

**Southern Farm Bureau**
P.O. Box 1800
Ridgeland, MS 39158

**Southwestern Bell Telephone**
Attn: Bankruptcy Group
P.O. Box 769
Arlington, TX 76004

**State of Arkansas Dept of Fin**
Safety Responsibility
P.O. Box 1272, Room 2380
Little Rock, AR 72203

**Sunrise Credit Services**
P.O. Box 9100
Farmingdale, NY 11735-9100

**SYNCB/JC Penney**
P.O. Box 965007
Orlando, FL 32896-5009

**SYNCB/Wal Mart**
P.O. Box 965024
Orlando, FL 32896

**T-Mobile**
P.O. Box 660252
Dallas, TX 75266-0252

**U.S. Department of Education C/O Nelnet**
121 South 13th Street, Suite 201
Lincoln, NE 68508

**UAMS**
P.O. Box 505
Linden, MI 48451-0505

**UAMS**
4301 West Markham Street
Little Rock, AR 72205

**UAMS**
4301 W. Markham Slot 612
Little Rock, AR 72205

**UAMS Medical Center**
P.O. Box 505
Linden, MI 48451-0505

**United States Treasury**
P.O. Box 7317
Philadelphia, PA 19101

**University Hospital**
4301 W. Markham
Little Rock, AR 72205

**Wells Fargo Financial**
P.O. Box 94498
Las Vegas, NV 89193-4498

**Tina R. Ward**
P.O. Box 265
Sweet Home, AR 72164

/S/ Danyelle J. Walker
Danyelle J. Walker