# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| IN RE:  TINA R. WARD | CASE NO. 4:17-bk-15028 T |
| DEBTOR | CHAPTER 13 |

## ORDER

Now before the Court is Debtor's Motion to Reinstate Chapter 13 Case and Set Aside Order of Dismissal, filed on March 19, 2021, in the above Chapter 13 case.  The Court has reviewed the Motion. Accordingly, it is hereby

**ORDERED** that the Motion is **GRANTED** and the Order of Dismissal is Set Aside upon the condition that the Debtor's strict compliance, full and timely plan payments, shall remain in effect April 2021 through August 2021.  It is further

**ORDERED** that should the Debtor fail to comply with this order, the Court may enter its Order dismissing the case without further notice or hearing.

**IT IS SO ORDERED.**

_____
**HONORABLE RICHARD D. TAYLOR**
**UNITED STATES BANKRUPTCY JUDGE**

DATE: April 6, 2021

Approved:

*/S/ Danyelle J. Walker*_____
Danyelle J. Walker
323 Center Street, Suite 1020
Little Rock, AR 72201
(501) 374-1448

Approved: *Ainsley Stokes*

Mark T. McCarty, Trustee
P.O. Box 5006
North Little Rock, AR 72119
(501) 374-1572


cc:     Tina R. Ward, Debtor
        All interested parties per matrix