# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0860–4 | User: admin | Date Created: 4/6/2021 |
| Case: 4:17–bk–15028 | Form ID: pdf08Ac | Total: 80 |

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee (ust)     USTPRegion13.LR.ECF@usdoj.gov
tr     Mark T. McCarty     ecfmail@ch13ark.com
aty     Danyelle J. Walker     danyellewalker@yahoo.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Tina R. Ward     P.O. Box 265     Sweet Home, AR 72164
6053405     AT&T Mobility     P.O. Box 10330     Fort Wayne, IN 46851–0330
6053395     Alliance Collection Services     600 W. Main Street Suite A     Tupelo, MS 38804
6053396     Allied Interstate     435 Ford Road, Suite 800     Minneapolis, MN 55426
6053397     Allied Interstate LLC     P.O. Box 4000     Warrenton, VA 20188
6053398     Allied Interstate, Inc.     Data Operations     P.O. Box 2455     Chandler, AZ 85244–2455
6053399     Alltran Financial, LP     P.O. Box 610     Sauk Rapids, MN 56379
6053400     American Express     P.O. Box 981537     El Paso, TX 79998–1537
6112040     American Express Centurion Bank     c/o Becket and Lee LLP     PO Box 3001     Malvern, PA 19355–0701
6053401     Apple Law Group     5000 Birch Street, Suite 3000     Newport Beach, CA 92660
6058426     Arkansas Department of Finance and Admin.     Legal Counsel Room 2380     P O Box 1272     Little Rock, AR 72203–1272
6053403     Arkansas Furniture     P.O. Box 965036     Orlando, FL 32896–5036
6053402     Arkansas Furniture     P.O. Box 981439     El Paso, TX 79998
6053404     Arkansas Specialty Orthopedic     600 S. McKinley     Little Rock, AR 72205
6053406     Bank of America     P.O. Box 15026     Wilmington, DE 19850–5026
6095659     Bank of America, N.A.     P O Box 982284     El Paso, TX 79998–2238
6053407     Barclays Bank Delaware     P.O. Box 8803     Wilmington, DE 19889
6053408     Becket & Lee     P.O. Box 3001     Malvern, PA 19355
6053409     Bill Me Later     P.O. Box 2394     Omaha, NE 68103–2394
6053412     CBE Group     1309 Technology Pkwy     Cedar Falls, IA 50613
6053413     CBSA Collections     P.O. Box 1929     Stillwater, OK 74076–1929
6053410     Capital One     P.O. Box 30281     Salt Lake City, UT 84130–0281
6112878     Cavalry SPV I, LLC as assignee of GE Retail Bank     500 Summit Lake Drive, Ste. 400     Valhalla, NY 10595
6053411     Cavalry SPV, II     500 Summit Lake Drive     Suite 400     Valhalla, NY 10595
6119331     Cerastes WTB, LLC     C O WEINSTEIN & RILEY, PS     2001 WESTERN AVENUE, STE 400     SEATTLE, WA 98121
6053414     Cerastes, LLC     c/o Weinstein Riley     2001 Western Avenue, #400     Seattle, WA 98121
6053415     Chase     P.O. Box 15123     Wilmington, DE 19850–5123
6053416     Chase     P.O. Box 15298     Wilmington, DE 19850–5298
6053417     Chase Bank     P.O. Box 15298     Wilmington, DE 19850
6053418     Collection Services, Inc     Prospect Bldg. Ste. 950     1501 N. University     Little Rock, AR 72207
6121822     Complete Credit Solutions co Peritus Portfolio     P.O. Box 141419     Irving, TX 75014–1419
6053419     Credit One Bank     P.O. Box 98872     Las Vegas, NV 89193
6053420     Dell Financial Services     c/o DFS Customer Care Dept.     P.O. Box 81607     Austin, TX 78708
6114845     Dell Financial Services, LLC     Resurgent Capital Services     PO Box 10390     Greenville, SC 29603–0390
6053421     Dept of Ed/Nelnet     3015 Parker Rd     Suite 400     Aurora, CO 80014
6053422     ECMC     111 South Washington Ave.     Suite 1400     Minneapolis, MN 55401
6101876     Educational Credit Management Corporation     P.O. Box 16408     Saint Paul, MN 55116–0408
6053423     Encore Receivable Management     P.O. Box 1880     Southgate, MI 48195–0880
6053425     LVNV Funding     P.O. Box 10497     Greenville, SC 29603–0497
6114846     LVNV Funding, LLC its successors and assigns as     assignee of FNBM, LLC     Resurgent Capital Services     PO Box 10587     Greenville, SC 29603–0587
6053424     Law Group Termination Dept.     5000 Birch Street, Ste. 3000     Newport Beach, CA 92660
6053426     Medical College Phys Group     P.O. Box 251508     Little Rock, AR 72225–1508
6053427     Midland Credit Management     2365 Northside Drive     Suite 300     San Diego, CA 92108
6053428     Midland Funding     2365 Northside Drive     Suite 300     San Diego, CA 92108
6094240     Midland Funding, LLC     Midland Credit Management, Inc.     as agent for Midland Funding, LLC     PO BOX 2011     Warren, MI 48090
6053430     NCO Financial     P.O. Box 4906     Trenton, NJ 08650
6053429     National Recovery Agency     2491 Paxton St.     Harrisburg, PA 17111
6053431     Nissan Motor Acceptance     Bankruptcy Dept.     P.O. Box 660366     Dallas, TX 75266
6285503     PERITUS PORTFOLIO SERVICES II, LLC, LLC/Wollemi Ac     PO BOX 141419     Irving, Tx 75014–1419
6087373     PORTFOLIO RECOVERY ASSOCIATES, LLC     POB 41067     Norfolk, VA 23541
6053434     PRA Receivables Management LLC     Agt of Portfolio Recovery Assc     P.O. Box 12914     Norfolk, VA 23541
6053876     PRA Receivables Management, LLC     PO Box 41021     Norfolk, VA 23541

| | | | | |
|---|---|---|---|---|
| 6053432 | Phillips Remote Cardiac Servic | 7 Waterside Xing Ste 301 | Windsor, CT 06095 | |
| 6053433 | Pinnacle Peridontics | Saline County Recovery, LLC | P.O. Box 1001 | Alexander, AR 72002 |
| 6053435 | Professional Bureau of Collect | P.O. Box 628 | Elk Grove, CA 95759–0628 | |
| 6053436 | Quantum3 Group LLC | GCIII LLC | P.O. Box 788 | Kirkland, WA 98083 |
| 6116237 | Quantum3 Group LLC as agent for MOMA Funding LLC | PO Box 788 | Kirkland, WA 98083–0788 | |
| 6053437 | Radiology Associates | P.O. Box 8801 | Little Rock, AR 72231–8801 | |
| 6053438 | Receivables Performance Mgmt | 20816 44th Ave W | Lynnwood, WA 98036 | |
| 6053446 | SYNCB/JC Penney | P.O. Box 965007 | Orlando, FL 32896–5009 | |
| 6053447 | SYNCB/Wal Mart | P.O. Box 965024 | Orlando, FL 32896 | |
| 6053439 | Saline County Recovery | 4113 Alcoa Road | Benton, AR 72015 | |
| 6053440 | SalliMae Servicing | P.O. Box 9500 | Wilkes Barre, PA 18773–9500 | |
| 6053441 | Santander Consumer USA | P.O. Box 560284 | Dallas, TX 75356 | |
| 6053442 | Southern Farm Bureau | P.O. Box 1800 | Ridgeland, MS 39158 | |
| 6053443 | Southwestern Bell Telephone | Attn: Bankruptcy Group | P.O. Box 769 | Arlington, TX 76004 |
| 6053444 | State of Arkansas Dept of Fin | Safety Responsibility | P.O. Box 1272, Room 2380 | Little Rock, AR 72203 |
| 6053445 | Sunrise Credit Services | P.O. Box 9100 | Farmingdale, NY 11735–9100 | |
| 6053448 | T–Mobile | P.O. Box 660252 | Dallas, TX 75266–0252 | |
| 6059653 | U.S. Department of Education C/O Nelnet | 121 South 13th Street, Suite 201 | Lincoln, NE 68508 | |
| 6053451 | UAMS | 4301 W. Markham Slot 612 | Little Rock, AR 72205 | |
| 6053450 | UAMS | 4301 West Markham Street | Little Rock, AR 72205 | |
| 6053449 | UAMS | P.O. Box 505 | Linden, MI 48451–0505 | |
| 6053452 | UAMS Medical Center | P.O. Box 505 | Linden, MI 48451–0505 | |
| 6053453 | United States Treasury | P.O. Box 7317 | Philadelphia, PA 19101 | |
| 6053454 | University Hospital | 4301 W. Markham | Little Rock, AR 72205 | |
| 6053455 | Wells Fargo Financial | P.O. Box 94498 | Las Vegas, NV 89193–4498 | |

TOTAL: 77