KG      / 102

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RE: Tina R. Ward  CASE NO: 4:17-bk-15028 T
Chapter 13

## TRUSTEE'S NOTICE OF ADDITIONAL CLAIM FILED

Pursuant to an examination of the proofs of claim filed in this case, Mark T. McCarty, Chapter 13 Standing Trustee, provides this Notice of Additional Claim filed subsequent to the date of the Summary Notice of Claims Filed. This Notice is provided to the Debtor and the Debtor's attorney and is filed with the United States Bankruptcy Court.

In this Notice, the classification of the claim (e.g. priority, secured or unsecured) is listed. A non priority claim filed that is not listed in the Debtor's bankruptcy schedules is described as "unlisted." If a creditor files a priority claim, it is listed as priority whether or not scheduled.

Pursuant to 11 U.S.C. §§ 501 and 502 and Federal Rules of Bankruptcy Procedure 3007, a claim or interest for which a proof of claim is filed is deemed allowed unless the Debtor or a party in interest objects to the claim and obtains an order modifying or disallowing the claim as filed. If no order is entered which modifies or disallows a claim, the claim as noted below will be paid as filed, subject to the terms of the confirmed plan and the United States Bankruptcy Code.

This Notice is a summary only of the proof of claim filed with the United States Bankruptcy Court and is not intended as legal advice on any issue regarding the claim, including, without limitation: (1) the accuracy of the claim; (2) the underlying obligation; or (3) the treatment of the filed claim in the plan. Filing of this Notice is not a waiver of the Trustee's rights to seek allowance, disallowance or determination of the status of any claim pursuant to the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure.

Date: 04/16/2021                          /s/  Mark T. McCarty
                                          Mark T. McCarty, Trustee

| Name and Address of Creditor | | Claim Amount | % to Pay |
|---|---|---|---|
| Navient Solutions Inc Obo Ecmc<br>Lockbox 8682<br>P O Box 16478<br>St Paul, MN  55116-0478<br>Account:  8102<br>Comment: | Trustee's Claim No: 74<br>Court's Claim No: 21<br>Date Claim Filed: 04/14/2021 | $27,620.12<br>Unsecured - Unlisted (U) | Pro-Rata |

cc:  Danyelle J. Walker   (Noticed by ECF)
     Law Office Of Danyelle Walker, Pllc
     323 Center Street Ste 1020
     Little Rock, AR  72201

     Tina R. Ward
     P O Box 265
     Sweet Home, AR  72164