

P.O. Box 64909, St. Paul, MN 55164-0909   P 651-221-0566   www.ecmc.org

September 13, 2022

Clerk of U.S. Bankruptcy Court
Eastern District of Arkansas – Little Rock
Old United States Post Office and Courthouse
300 West Second Street
Little Rock, AR 72201

RE: TINA R. WARD
SSN: XXX-XX-8102
BANKRUPTCY CASE#: 17-15028 rdt

Dear Clerk:

Please withdraw this claim filed by Navient Solutions, LLC obo Educational Credit Management Corporation (ECMC) for Claim #21 in the amount of $27,620.12 on April 14, 2021. Claim #21 is a duplicate of Claim #12. Thank you for your cooperation in this matter.

If you have any further questions, you may contact me at (651) 221-0566 X 5152.

Sincerely,


/s/ Qao Shoua Xiong
ECMC Senior Operations Specialist
ECMC
P.O. Box 16408
St. Paul, MN 55116-0408