# Notice Recipients

District/Off: 0860−4 User: admin Date Created: 11/7/2022
Case: 4:17−bk−15028 Form ID: orecert1 Total: 2

**Recipients of Notice of Electronic Filing:**
aty     Danyelle J. Walker     danyellewalker@yahoo.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Tina R. Ward     P.O. Box 265     Sweet Home, AR 72164

TOTAL: 1